**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 24-1474-JFW(MARx)** | Date: February 26, 2025 |

Title: Nationwide Affordable Housing Fund 30, LLC, et al. -v- Creative Housing and Services

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FAILURE TO COMPLY WITH THE COURT'S ORDER**

On May 21, 2024, the Court ordered the parties to participate in ADR Procedure No. 3 (Private Mediation). The parties have violated the Court's order by unilaterally scheduling a settlement conference with Magistrate Judge Margo A. Rocconi, when the Court ordered the parties to participate in private mediation.

Accordingly, the parties are ordered to show cause in writing by **February 28, 2025** why the Court should not impose sanctions in the amount of $1,500.00 against each lead counsel for their violation of the Court's order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.